7-22CV-097-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

UNITED STATES DISTRICT COURT
Northern District of Texas
Wichita Falls Division

CHADWICK DEWAYNE SMITH

Vs.

Docket no. 17099-J

WICHITA COUNTY COURT AT LAW 2

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, CHADWICK DEWAYNE SMITH, declare from my personal knowledge that the following facts are true:

1. Appearance of council
2. Order to proceed without paying fees or cost(AO240)
3. Motion to Withdraw Funds from the Registry of the Court
4. FS FORM 235 Resolution
5. Order granting motion to withdraw funds
6. SF FORM 1199A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 15th of August, 2022

_____
[Signature]

7:03  •  87%

**Your email was found on the Dark Web! Review what details may have been leaked**

Dismiss   Review Now

   Start a new search   Menu ▼

🔔 Monitored     ≣ List     ⋯ More

# ASSLT CAUSES BODILY FAMILY MEMBER

Location **TX**

Court Date **10/09/2001**

Date of Offense 08/02/2001

Court Case Number 17099-F

Court Case Description TX243103J - COUNTY COURT AT LAW 2 WICHIT

Court Disposition **CONVICTED** Status:COURT PHASE

Court Offense **ASSLT CAUSES BODILY FAMILY MEMBER**

Court Costs **$24,200**

Court Fines -

◎ Show more about this case

Is this accurate?



  Criminal or Traffic     

|||     ○     <

**RESOLUTION BY CORPORATION CONFERRING AUTHORITY UPON AN OFFICER TO EXECUTE A POWER OF ATTORNEY FOR THE COLLECTION OF CHECKS DRAWN ON THE UNITED STATES TREASURY**



Fiscal Service
U.S. DEPARTMENT OF THE TREASURY

Resolved that  CHADWICK DEWAYNE SMITH
( Exact name of corporation )

does hereby name  :Chadwick-Dewayne: Smith , as attorney, to receive, endorse, and
( Name of attorney )

collect for and in behalf of the corporation any check drawn on the United States Treasury and to give full discharge therefore; and further, that :Chadwick-Dewayne: Smith, INDIVIDUAL DIRECTOR  be, and is hereby
( Name and title of officer )

authorized and empowered to execute, in behalf of said corporation, a power of attorney appointing the said

:Chadwick-Dewayne: Smith , as such attorney for the purpose above expressed.
( Name of attorney )

The said corporation hereby ratifies and confirms all that may lawfully be done by virtue hereof.

I HEREBY CERITIFY that the foregoing is a true and correct copy of a resolution passed at a  Special
( Regular or special )
meeting of the Board of  Directors of: Chadwick-Dewayne: Smith , the governing body of

CHADWICK DEWAYNE SMITH , a corporation duly organized and existing under
( Exact name of corporation )

and by virtue of the laws of  Yauah Elohim , held on the  15th  day of  Aug , 20 22 , at
County of  Wichita .

AND I FURTHER CERTIFY that due notice of said meeting was given to each member of said Board; that a quorum was present; and that said resolution has not been amended or repealed.

WITNESS my signature and the seal of said corporation this  15th  day of  Aug , 20 22 .

:Chadwick-Dewayne: Smith
( Official signature of officer )

[ IMPRESS CORPORATE SEAL HERE ]

RECORDED INDIVIDUAL DIRECTOR
( Official title of officer )

**IMPORTANT - Do not execute this instrument without first reading the instructions on the next page. Exact compliance with these instructions will avoid complications.**

Standard Form 1199A
(Rev. April 2021)
Prescribed by Treasury Department
Treasury Dept. Cir. 1076

OMB No. 1530-0006

# DIRECT DEPOSIT SIGN-UP FORM

## DIRECTIONS

- To sign up for Direct Deposit, the payee is to read the back of this form and fill in the information requested in Sections 1 and 2. Then take or mail this form to the financial institution. The financial institution will verify the information in Sections 1 and 2, and will complete Section 3. The completed form will be returned to the Government agency identified below.

- A separate form must be completed for each type of payment to be sent by Direct Deposit.

- The claim number and type of payment are printed on Government checks. (See the sample check on the back of this form.) This information is also stated on beneficiary/annuitant award letters and other documents from the Government agency.

- Payees must keep the Government agency informed of any address changes in order to receive important information about benefits and to remain qualified for payments.

## SECTION 1 (TO BE COMPLETED BY PAYEE)

| A | NAME OF PAYEE (last, first, middle initial) |
|---|---|
| | COURT REGISTRY OF THE NORTHERN DISTRICT OF TX |
| | ADDRESS (street, route, P.O. Box, APO/FPO) |
| | 501 WEST 10TH STREET ROOM 310 |
| | CITY: FORT WORTH   STATE: TEXAS   ZIP CODE: 76102-3673 |
| | TELEPHONE NUMBER AREA CODE 817-850-6600 |
| B | NAME OF PERSON(S) ENTITLED TO PAYMENT |
| | CHADWICK DEWAYNE SMITH |
| C | CLAIM OR PAYROLL ID NUMBER |
| | 17099-J |
| | Prefix    Suffix |

| D | TYPE OF DEPOSITOR ACCOUNT   [X] CHECKING   [ ] SAVINGS |
|---|---|
| E | DEPOSITOR ACCOUNT NUMBER |
| | 1 5 2 1 6 5 9 7 5 2 4 3 3 9 |
| F | TYPE OF PAYMENT (Check only one) |
| | [ ] Social Security              [ ] Fed. Salary/Mil. Civilian Pay |
| | [ ] Supplemental Security Income [ ] Mil. Active |
| | [ ] Railroad Retirement          [ ] Mil. Retire. |
| | [ ] Civil Service Retirement (OPM) [ ] Mil. Survivor |
| | [ ] VA Compensation or Pension   [X] Other Title 28 Withdrawal (specify) |
| G | THIS BOX FOR ALLOTMENT OF PAYMENT ONLY (if applicable) |
| | TYPE: n/a   AMOUNT: n/a |

| PAYEE/JOINT PAYEE CERTIFICATION | JOINT ACCOUNT HOLDERS' CERTIFICATION |
|---|---|
| I certify that I am entitled to the payment identified above, and that I have read and understood the back of this form. In signing this form, I authorize my payment to be sent to the financial institution named below to be deposited to the designated account. | I certify that I have read and understood the back of this form, including the SPECIAL NOTICE TO JOINT ACCOUNT HOLDERS. |
| SIGNATURE: Chadwick Dewayne Smith   DATE: 06-19-2022 | SIGNATURE: n/a   DATE: n/a |
| SIGNATURE: n/a   DATE: n/a | SIGNATURE: n/a   DATE: n/a |

## SECTION 2 (TO BE COMPLETED BY PAYEE OR FINANCIAL INSTITUTION)

| GOVERNMENT AGENCY NAME | GOVERNMENT AGENCY ADDRESS |
|---|---|
| UNITED STATES NORTHERN DISTRICT OF TEXAS COURT | 501 West 10th Street, Room 310 Fort Worth, TX 76102-3673 |

## SECTION 3 (TO BE COMPLETED BY FINANCIAL INSTITUTION)

| NAME AND ADDRESS OF FINANCIAL INSTITUTION | ROUTING NUMBER | CHECK DIGIT |
|---|---|---|
| | | |
| | DEPOSITOR ACCOUNT TITLE | |

### FINANCIAL INSTITUTION CERTIFICATION

I confirm the identity of the above-named payee(s) and the account number and title. As representative of the above-named financial institution, I certify that the financial institution agrees to receive and deposit the payment identified above in accordance with 31 CFR Parts 240, 208, and 210.

| PRINT OR TYPE REPRESENTATIVE'S NAME | SIGNATURE OF REPRESENTATIVE | TELEPHONE NUMBER | DATE |
|---|---|---|---|



Financial institutions should refer to the GREEN BOOK for further instructions.
THE FINANCIAL INSTITUTION SHOULD MAIL THE COMPLETED FORM TO THE GOVERNMENT AGENCY IDENTIFIED ABOVE.

**FINANCIAL INSTITUTION COPY**

1199-207

# CERTIFICATE OF LIVE BIRTH
## STATE OF OKLAHOMA – DEPARTMENT OF HEALTH

Amended FEB 24 2017

LOCAL REG. NO. 1630
STATE FILE NO. 135 - 73-032527

| 1. CHILD NAME | First | Middle | Last | 2. DATE OF BIRTH | Month | Day | Year | 3. HOUR |
|---|---|---|---|---|---|---|---|---|
| (Type or print) | Chadwick | Dewayne | Davis | | 11 | 29 | 1973 | 2:25 A.M. |

| 4. SEX | 5a. THIS BIRTH | | | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN | | | 6a. COUNTY OF BIRTH |
|---|---|---|---|---|---|---|---|
| Male | SINGLE ☒ | TWIN ☐ | TRIPLET ☐ | 1st ☐ | 2d ☐ | 3d ☐ | Comanche |

| 6b. CITY, TOWN, OR LOCATION OF BIRTH | 6c. INSIDE CITY LIMIT | 6d. HOSPITAL – NAME (If not in hospital, give street and number) |
|---|---|---|
| Lawton | Yes ☒  No ☐ | Comanche County Memorial Hospital |

| 7. MOTHER MAIDEN NAME | First | Middle | Last | 8. AGE (at time of this birth) | 9. BIRTHPLACE (State or foreign country) |
|---|---|---|---|---|---|
| | Arvella | | Davis | 19 | Oklahoma |

| 10a. RESIDENCE – STATE | 10b. COUNTY | 10c. CITY, TOWN, OR LOCATION | 10d. INSIDE CITY LIMIT | 10e. STREET ADDRESS |
|---|---|---|---|---|
| Oklahoma | Stephens | Duncan | Yes ☒  No ☐ | 96 East Magnolia St. |

| 11. FATHER NAME | First | Middle | Last | 12. AGE (at time of this birth) | 13. BIRTHPLACE (State or foreign country) |
|---|---|---|---|---|---|
| | | | | | |

| 14a. INFORMANT | SIGNATURE OF EITHER PARENT | 14b. IF UNABLE TO OBTAIN ONE OF PARENTS SIGNATURE, STATE REASON THEREFORE. |
|---|---|---|
| X Arvella Davis | | |

| 15. MOTHER'S MAILING ADDRESS | STREET or R.F.D. NO. | POSTOFFICE | STATE | ZIP CODE NO. |
|---|---|---|---|---|
| | 96 East Magnolia Street | Duncan | Oklahoma | 73533 |

| 16a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS? | 16b. DATE TEST MADE | 16c. IF NO TEST, STATE REASON THEREFORE |
|---|---|---|
| Yes ☒  No ☐ | Sept. 1973 | |

| 17. WEIGHT OF CHILD AT BIRTH | 18. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? |
|---|---|
| 7 LBS. 8 OZS. | Yes ☒  No ☐ |

I hereby certify that this child was born alive on the date stated above.

| 19a. SIGNATURE OF ATTENDANT | 19b. DATE SIGNED |
|---|---|
| J.N. Mitchell | 11/29/73 |

| 19c. NAME OF ATTENDANT (Print or Type) | 19d. ATTENDANT AT BIRTH |
|---|---|
| J.N. Mitchell | M.D. ☒  D.O. ☐  D.C. ☐  Midwife ☐  Other ☐ (Specify) |

| 19e. ADDRESS OF ATTENDANT | STREET or R.F.D NO. | POSTOFFICE | STATE | ZIP CODE NO. |
|---|---|---|---|---|
| | 1930 Ferris | Lawton | Oklahoma | 73501 |

| 20a. DATE REC'D. BY LOCAL REG. | 20b. LOCAL REGISTRAR'S SIGNATURE | 21. DATE RECEIVED BY STATE REGISTRAR |
|---|---|---|
| December 1973 | Mrs. Whitten | DEC 11 1973 |

| THIS LINE FOR USE OF STATE REGISTRAR | 22a. DATE CORRECTIONS MADE | 22b. ITEMS CORRECTED | 22c. AUTHORITY | 22d. CLERK |
|---|---|---|---|---|



UNITED STATES OF AMERICA
PASSPORT CARD
Nationality USA
Surname SMITH
Given Names CHADWICK DEWAYNE
Sex M  Date of Birth 29 NOV 1973
Place of Birth OKLAHOMA, U.S.A.
Issued On 26 JUL 2019   Expires On 25 JUL 2029
9-14051-2
UNITED STATES DEPARTMENT OF STATE



SOCIAL SECURITY
7636
THIS NUMBER HAS BEEN ESTABLISHED FOR
CHADWICK DEWAYNE SMITH
SIGNATURE

STATE OF OKLAHOMA - DEPARTMENT OF HEALTH
# AMENDMENT TO CERTIFICATE OF BIRTH

**Certificate of Birth of** Chadwick Dewayne Smith
**Date of Birth** 11/29/1973   **Place of Birth** Lawton, Oklahoma (Comanche County)
**State File No.** 135-73-032527   Page 2 of 2

## ITEMS TO BE AMENDED

| Item | Entry before Amendment | Entry after Amendment |
|---|---|---|
| Child's Name | Chadwick Dewayne Davis | Chadwick Dewayne Smith |
| | | |
| | | |
| | | |

## ABSTRACT OF SUPPORTING DOCUMENTARY EVIDENCE

| | By Whom Issued | By Whom Signed | Date Issued | Date Signed |
|---|---|---|---|---|
| DOCUMENTS PRESENTED | Court Order * | Illegible, Judge | 3/7/2003 | 3/7/2003 |
| | | | | |
| | | | | |
| | | | | |

| INFORMATION CONCERNING REGISTRANT IN DOCUMENT | Chadwick Dewayne Smith |
|---|---|
| ADDITIONAL INFORMATION | * Order filed in the 89th District Court Wichita County, Texas<br>Cause No. 158, 253-C |

Amendment
Requested by  Chadwick D Smith

Related to
Registrant as  Self

CERTIFICATION BY STATE REGISTRAR: I hereby certify that I have examined the documents referred to above, that the abstract is true and correct, that the documents show no changes or erasures, and appear to be authentic.

State Registrar  _Judy M Baker_
File Date  02/24/2017

OSDH Vital Records Form: v. Jan 2016

Monday, April 22, 2019 6:55:44 PM