IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS WORTH DIVISION

| | | |
|---|---|---|
| CHADWICK DEWAYNE SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:22-cv-00097-O-BP |
| | § | |
| WICHITA COUNTY | § | |
| COURT AT LAW NO. 2, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** without prejudice.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **3rd day of November, 2022.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE